IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

```
QUENTON D. HOLMAN,                  )
                                    )
            Plaintiff,              )
                                    )
    v.                              )
                                    )    1:23-cv-618
A.T. WIGGS, N.C. ALE Special        )
Agent, K. KLUTTZ, N.C. ALE          )
Special Agent, and UNIDENTIFIED     )
DUKE CAMPUS POLICE OFFICER,         )
                                    )
            Defendants.             )
```

### ORDER

On May 30, 2024 the United States Magistrate Judge's Memorandum Opinion and Recommendation ("Recommendation") was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. (Docs. 27, 28.) No objections were filed within the time prescribed by Section 636.

Therefore, the court need not make a de novo review and the Magistrate Judge's Recommendation is hereby adopted.

Separate and apart from the motion to dismiss addressed in the Recommendation, Plaintiff has filed a Motion to Move Judge to Recuse Himself Pursuant to 28 U.S.C. § 455. (Doc. 22.) This court has carefully reviewed that motion and finds no plausible facts requiring recusal. Plaintiff's disagreements with this

court's orders and rulings in his criminal case do not require recusal in this civil action.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Recommendation, (Doc. 27), is **ADOPTED. IT IS FURTHER ORDERED** that Defendants Special Agent Kaleb Kluttz and Special Agent In-Charge Todd Wiggs' (collectively, the "ALE Defendants") Motion to Dismiss, (Doc. 16), is **DENIED.**

**IT IS FURTHER ORDERED** that Plaintiff's "Motion to Move Judge to Recuse Himself Pursuant to 28 USC Section 455," (Doc. 22), is **DENIED.**

This the 2nd day of July, 2024.

/s/ William L. Osteen, Jr.
United States District Judge