IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

```
QUENTON D. HOLMAN,                  )
                                    )
            Plaintiff,              )
                                    )
    v.                              )    1:23-cv-618
                                    )
A.T. WIGGS, N.C. ALE Special        )
Agent, K. KLUTTZ, N.C. ALE          )
Special Agent, and UNIDENTIFIED     )
DUKE CAMPUS POLICE OFFICER,         )
                                    )
            Defendants.             )
```

## ORDER

On February 4, 2026, the United States Magistrate Judge's Memorandum Opinion and Recommendation ("Recommendation") was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. (Docs. 38, 39.) No objections were filed within the time limits prescribed by Section 636.

Therefore, the court need not make a de novo review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Recommendation, (Doc. 38), is **ADOPTED.**

**IT IS FURTHER ORDERED** that Defendants' Motion for Summary Judgment, (Doc. 33), is **DENIED.**

This the 5th day of March, 2026.

                                          /s/ William L. Osteen, Jr.
                                          United States District Judge